No. 759. UNITED STATES *v.* UNITED MINE WORKERS OF AMERICA; and

No. 760. UNITED STATES *v.* LEWIS. December 9, 1946. Petition for writs of certiorari to the United States Court of Appeals for the District of Columbia granted. *Attorney General Clark* for the United States. Reported below: See 70 F. Supp. 42.

No. 497. 149 MADISON AVENUE CORP. ET AL. *v.* ASSELTA ET AL. See *post,* p. 817.

No. 369. SIOUX TRIBE OF INDIANS *v.* UNITED STATES. See *ante,* p. 685.

No. 389. McLAREN *v.* NIERSTHEIMER, WARDEN. See *ante,* p. 685.

No. 454. FLEMING ET AL., TRUSTEES, ET AL. *v.* TRAPHAGEN ET AL. See *ante,* p. 686.

No. 690. INSURANCE GROUP COMMITTEE ET AL. *v.* DENVER & RIO GRANDE WESTERN RAILROAD CO. ET AL. December 16, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. *Henry W. Anderson, George D. Gibson, John W. Riely, Morrison Shafroth, William Grant, Alexander M. Lewis, Edwin S. S. Sunderland, James L. Homire, Kenneth F. Burgess, Walter J. Cummings, Jr., W. A. W. Stewart* and *Arthur A. Gammell* for petitioners. *William V. Hodges* and *Frank C. Nicodemus, Jr.* for respondents. *Acting Solicitor General Washington, John D. Goodloe* and *W.*

*Meade Fletcher* filed a memorandum for the Reconstruction Finance Corporation. 

No. 673. HARRISON, COLLECTOR OF INTERNAL REVENUE, *v.* GREYVAN LINES, INC. December 16, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Acting Solicitor General Washington* for petitioner. *Wilbur E. Benoy* and *Robert Driscoll* for respondent. 

No. 781. UNITED MINE WORKERS OF AMERICA *v.* UNITED STATES; and

No. 782. LEWIS *v.* UNITED STATES. December 16, 1946. Petition for writs of certiorari to the United States Court of Appeals for the District of Columbia granted. *Welly K. Hopkins, Edmund Burke, T. C. Townsend, Harrison Combs, M. E. Boiarsky, Joseph A. Padway, Henry Kaiser* and *James A. Glenn* for petitioners. Reported below: See 70 F. Supp. 42.

No. 674. COMMISSIONER OF INTERNAL REVENUE *v.* MUNTER; and

No. 675. COMMISSIONER OF INTERNAL REVENUE *v.* MUNTER. December 16, 1946. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Acting Solicitor General Washington* for petitioner. *Samuel Kaufman* for respondents. Reported below: 157 F. 2d 132.

No. 680. CHAMPION SPARK PLUG Co. *v.* SANDERS ET AL., DOING BUSINESS AS PERFECT RECONDITION SPARK PLUG